IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 02-16172 |
| Level Propane, Gases, Inc., et. al. | ) | |
| . | ) | Ch. 11 |
| | ) | |
| | ) | Hon. Randolph Baxter |

**NOTICE AND SERVICE OF A PETITION FOR A WRIT OF MANDAMUS**

Now comes William H. Maloof, by and through counsel undersigned, and hereby gives notice of his Amended Petition for a Writ of Mandamus, styled *Maloof v. Baxter,* Case No. 09-4251, filed in the United States Court of Appeals for the Sixth Circuit. A true copy of said Amended Petition is attached hereto. This Notice is made consistent with the prior practice at the direction of the Clerk of said United States Court of Appeals for the Sixth Circuit and is given as service of this Amended Petition pursuant to that prior practice.

    Respectfully Submitted,


    /s/David C.Eisler_____
    David C. Eisler, Counsel for Appellant, William H. Maloof
    P. O. Box 1721
    Medina, OH 44258
    (216) 214-2106
    inqs@aol.com

## SERVICE

I hereby certify that on this 10th day of December, 2009, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David C. Eisler
David C. Eisler, Counsel for William H. Maloof